# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| POTTER INSURANCE AGENCY, INC. and PATRICK A. POTTER, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:18-CV-00021-JPJ-PMS <br><br> Judge: James P. Jones <br><br> Magistrate: Judge Pamela Meade Sargent |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Nationwide Mutual Insurance Company, by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves the Court to dismiss the Complaint filed against it for the reasons stated in the accompanying memorandum in support.

                                  NATIONWIDE MUTUAL INSURANCE
                                  COMPANY

                                  By Counsel

Cameron S. Bell
VSB No. 47685
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
cbell@pennstuart.com

Elizabeth P. Kessler (admitted *pro hac vice*)
M. Ryan Harmanis (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614/469-3939
Facsimile: 614/461-4198
eskessler@jonesday.com

Quintin F. Lindsmith (admitted *pro hac vice*)
Ali I. Haque (admitted *pro hac vice*)
BRICKER & ECKLER LLP
100 S. 3rd Street
Columbus, Ohio 43215
Telephone: 617/227-2300
Facsimile: 614/227-2390
qlindsmith@bricker.com
ahaque@bricker.com

By /s/ *Cameron S. Bell*
    Cameron S. Bell
    Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Cameron S. Bell*
Counsel for Defendant