CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

4/22/19
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| POTTER INSURANCE AGENCY, INC. and PATRICK A. POTTER, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:18-CV-00021-JPJ-PMS <br><br> Judge: James P. Jones <br><br> Magistrate: Judge Pamela Meade Sargent |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

At the request of Plaintiff and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Patrick A. Potter and the Potter Insurance Agency, Inc., and Defendant Nationwide Mutual Insurance Company (collectively referred to as the "Parties"), through their respective counsel, hereby stipulate that the above-captioned case be dismissed with prejudice. For this reason, the Parties stipulate and agree to dismiss this action with prejudice.

IT IS SO ORDERED.

Dated: _April 22, 2019_         _____
                                                    Judge James P. Jones

Dated: April 16, 2019

AGREED:

Respectfully submitted,

/s/ Cameron S. Bell
Cameron S. Bell (VSB #47685)
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, VA 24212-2288
Phone: (276) 628-5151
Fax: (276) 628-1730
Email: cbell@pennstuart.com

*Counsel for Defendant,*
*Nationwide Mutual Insurance Company*

/s/ Elizabeth P. Kessler
Elizabeth P. Kessler (OH Bar #0061730)
JONES DAY
325 John H. McConnell Blvd., Ste. 600
Columbus, OH 43215
Phone: (614) 469-3939
Fax: (614) 461-4198
Email: ekessler@jonesday.com

*Admitted Pro Hac Vice for Defendant,*
*Nationwide Mutual Insurance Company*

/s/ Ali I. Haque
Quintin F. Lindsmith (OH Bar #0018327)
Ali I. Haque (OH Bar #0087860)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
Phone: (614) 227-2300
Fax: (614) 227-2390
Email: qlindsmith@bricker.com
       ahaque@bricker.com
*Admitted Pro Hac Vice for Defendant,*
*Nationwide Mutual Insurance Company*

/s/ Paul C. Beers
Paul G. Beers (VSB #26725)
Robert A. Ziogas (VSB #24964)
GLENN, FELDMANN, DARBY & GOODLATTE
37 Campbell Avenue, S.W.
Roanoke, VA 24011-2887
Phone: (540) 224-8000
Fax: (540) 224-8050
Email: pbeers@glennfeldmann.com
       rziogas@glennfeldmann.com

*Counsel for Plaintiffs,*
*Potter Insurance Agency, Inc. and Patrick*
*A. Potter*

/s/ William Tedards
William P. Tedards, Jr.
DC Bar No. 143636
(EDNY PHV WT2146)
1101 30th Street, N.W., Ste. 500
Washington, DC 20007
Phone: (202) 797-9135
Fax: (202) 797-9139
Email: bt@tedards.net
*Admitted Pro Hac Vice for Plaintiffs,*
*Potter Insurance Agency, Inc. and Patrick*
*A. Potter*